IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**VICTORIA M. RUPE,**

        Plaintiff,

  vs.                                    Civil Action 2:07-CV-767
                                            Judge Holschuh
                                            Magistrate Judge King

**MICHAEL J. ASTRUE, Commissioner**
**of Social Security**

        Defendant.


<u>ORDER</u>

On July 28, 2008, the United States Magistrate Judge issued a *Report and Recommendation* recommending that the decision of the Commissioner be affirmed and that the action be dismissed. The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** The decision of the Commissioner is **AFFIRMED** and this action is hereby **DISMISSED.**

The Clerk shall enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. §405(g).


Date: August 19, 2008                          **/s/ John D. Holschuh**
                                                      John D. Holschuh, Judge
                                                       United States District Court